ORIGINAL



RECEIVED
FEB - 3 2017
PRO SE OFFICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

Anthony Estee Gault
P.O. Box 100142
Brooklyn N.Y. 11210

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Social Security Administration
Office 2250 Nostrand Ave
Brooklyn New York 11210

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

CV17- 70

Case No. _____

*(to be filled in by the Clerk's Office)*

CHEN, J.

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

BLOOM, M.J.

*see attached 8 pages*

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

*see attached 8 pages*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                 Anthony Estee Gault
Street Address       P.O. Box 100 142
City and County      Brooklyn New York 11210
State and Zip Code   New York 11210
Telephone Number
E-mail Address       Agault155@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                 Social Security Administration Office
Job or Title         See approximately 8 pages attached
(if known)
Street Address       2250 Nostrand Ave
City and County      Brooklyn
State and Zip Code   New York 11210
Telephone Number     866 563-9461
E-mail Address
(if known)

see attached 8 pages

see attached 8 pages

**Defendant No. 2**

Name — Social security office

Job or Title (if known) — Supervisor

Street Address — 2250 Nostrand Ave

City and County — Brooklyn

State and Zip Code — New York 11210

Telephone Number — 866 563-9461

E-mail Address (if known) —

**Defendant No. 3**

Name — Social security office

Job or Title (if known) — Security Guard No # one

Street Address — 2250 Nostrand Ave

City and County — Brooklyn N.Y.

State and Zip Code — New York 11210

Telephone Number — 866 563-9461

E-mail Address (if known) —

**Defendant No. 4**

Name — Social security office

Job or Title (if known) — Security Guard No. two

Street Address — 2250 Nostrand Ave

City and County — Brooklyn New York

State and Zip Code — New York 11210

Telephone Number — 866-563-9461

E-mail Address (if known) —

*see attached 8 Pages*

*see attached 8 Pages*

3

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☑    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_See attached 8 Pages_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attached 8 Pages*

### III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

at Social security office at 2250 Nostrond ave Brooklyn New York 11210

B.    What date and approximate time did the events giving rise to your claim(s) occur?

on January 24, 2017 at approximately 2.15PM

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Assaulted and Beat up and sent to Hospital after being un-lawfully Detained Please see attached letters regarding all that transpired on January 24, 2017 at the social security office at 2250 Nostrond ave Brooklyn New York 11210 Please read approximately eight to nine Pages attach about incident of Assault

See attached Pages

see attached 8 Pages

5

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

sustain injuries to Body of Facture hip that I have Pins in and Facture elbow that I have Pins in from recent operation from Past injuries that went or was taken to New York Community Hospital in Brooklyn New York

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Sm legally seeking damages of one hundred and thirty million Dollars. For Various Violation of my rights at the Social security office Daren being imposed in Various Hardships During the Post time of April 2012 to Present February 2017 with Social Security Playing a Entential entricate Part in Violating my rights and Futhery life time Pain and Suffering Sm legally seeking 130,000,000.00 million Dollars

*See attached 8 Pages*

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*See attached 8 Pages*

*see attached 8 Pages*

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *February*, 20 *17*

Signature of Plaintiff *Anthony Estee Gault*

Printed Name of Plaintiff *ANTHONY EsteeGAuLt*

*see attached 8 Pages*

7

See 5 Pages attached please read all!!!

See 5 Pages attached please read all!!!

TO:HEAD OF SOCIAL SECURITY ADMINISTRATION OF THE UNITED STATTES OF AMERICA!!!
FROM:MR ANTHONY ESTEE GAULT AN AMERICAN DISABLE HOMELESS-VETERAN AN WOUNDED WARRIOR AND LEGALLY BLIND VETERAN OF AMERICA P.O BOX 100142 BROOKLYN NEW YORK 11210 ((( SUBJECT ))) ASSAULTED-AT SOCIAL SECURITY ADMINISTRATION OFFICE 2250 NOSTRAND AVENUE BROOKLYN NEW YORK 11210 (( JANUARY 24,2017 )) ON JANUARY 24,2017 I WENT TO THE LOCAL SOCIAL SECURITY OFFICE TO INQUIRER ABOUT THE STATUS OF MY STOLEN JANUARY 3,2017 DIRECT DEPOSIT CHECK TO MY ACCOUNT AT BANK OF AMERICA PRIOR TO JANUARY 24,2017 I HAD BEEN TO THREE LOCAL OFFICES THROUGH OUT THE FIVE BOROUGHTS THE DATES OF FILING REPORTS OF MY STOLEN CHECK WAS JANUARY 4,2017 JANUARY 5,2017 AND JANUARY 6,2017 AT DUE TO FILING THE REPORT OF STOLEN CHECK AT THREE DIFFERENT LOCAL OFFICES I WAS VERY DIS-SASTIFIED WITH THE INFORMATION GIVEN ABOUT REPLACING OR INVESTING MY ONLY MEANS TO SURVIVE INCOME FROM THE FEDERAL GOVERNMENT IN BEING IN A UNFORTUNATE MIS-HAP IN LIFE WITH VARIOUS ((( HARDSHIPSsS ))) IN LIFE DURING MY VISIT AT 2250 NOSTRAN AVE JANUARY 24,2017 WHILE IN A DISCUSSION ABOUT MY SOCIAL SECURITY STOLEN CHECK WITH ONE OF THE SOCIAL SECURITY REPRESENTITIVE THE CONVERSATION BECAME (( HEATED )) AND SOME STRONG LANUAGE WAS USED AND I ASK TO SEE THE SUPERVISOR THE SOCIAL SECURITY REPRESENTITIVE SAID HAVE A SEAT THE SUPERVISOR WILL SEE YOU AT WINDOW THREE WHILE SITTING WAITING TO BE CALLED ONE SECURITY GUARD CAME OVER TO ME AND SAID THAT I HAD TO LEAVE I SAID IM WAITING ON THE SUPERVISOR AND HE SAID THE SUPERVISOR DOES NOT WANT TO SEE YOU AND YOU HAVE TO LEAVE I SAID YOU NEED TO GET THE SUPERVISOR OR THE POLICE SO I CAN FILE A COMPLAINT ABOUT MY STOLEN CHECK HIS EXACT WORDS WERE ((( HES NOT CALLING ANY ONE AND IM GOING TO LEAVE ))) I ASK HIM WHAT WAS HE GOING TO DO ARE YOU GOING TO PUT YOUR HANDS ON ME AND REMOVE ME INSTEAD OF JUST GETTING THE SUPERVISOR TO SEE ME ABOUT MY STOLEN CHECK HE SAID YEAH IF HE HAS TO I SAID YOU NEED TO CALL THE POLICE SO A COMPLAINT CAN BE FILED HE SAID NO AND HE REACHED TO GRAB ME AND SAID LETS GO((( I NONE AGGRESSIVLY PUSH HIS HAND AWAY ))) HE THEN ATTACK ME FROM THE FRONT AND THEN ANOTHER SECURITY GUARD ATTACK ME FROM BEHIND AND THEY BOTH ASSAULTED ME AND THEY REFUSED TO CALL THE POLICE DURING THE ASSAULT ONE OF THE SECURITY GUARDS AFTER THEY HAND CUFFED ME CONTINUED TO USED ((( UN-NECESSARY FORCE ))) AND WHILE HE PINNED ME TO THE FLOOR WITH HIS KNEES AND REFUSE TO LET ME UP EVEN AFTER I EXPLAIN TO THEM THAT I HAD PINS IN MY HIP AND ELBOW FROM A RECENT OPERATION AND THAT THEY WERE HURTING ME THEY BOTH IGNORED ME AND THE SECOND SECURITY GUARD KEPT HIS KNEE AND HANDS ON MY INJURED RIGHT SIDE WHERE I WAS PREVIOUSLY ASSAULTED IN THE PAST FROM THE PRESENT INJURIES THAT THE SECURITY OFFICERS APPEAR TO BE INSTAGATING RE-INJURING ME INTENTIONALLY AFTER I REPEATLY YELLED LETTING THEM KNOW OF MY INJURIES TO MY HIP AND ELBOW THEM THEN THEY TRIED TO TAKE ME TO THE BACK I SAID NO BECAUSE I THOUGH THEY WERE GOING TO CONTINUE TO BEAT ME OR HURT ME THEN AFTER APPROXIMATELY SEVENTY TO EIGHTY MINUTES THE POLICE CAME APPROXIMATELY NINE OF THEM AND THEY CLAIM THEY WERE TOLD TO STAND DOWN THEN A FEW MORE MINUTES A INDIVIDUAL FROM ((( DEPARTMENT OF HOMELAND SECURITY ))) CLAIM TO BE (( INSPECTOR ROBERTSON )) AND (( NYPD )) WAS TOLD TO LEAVE DURING A MAJORITY OF THE TIME I WAS MADE TO STAY ON THE GROUND AND ONE OF THE (( NYPD )) OFFICER S BEFORE HE LEFT ALLOWED ME TO STAND UP AND HE HELPED ME TO MY FEET WITH ANOTHER OFFICER!!!((( PLEASE KEEP IN MIND ALL WAS VIDEO RECORDED ))) BY VIDEOS CAMERA OF THE SOCIAL SECURITY OFFICE OF 2250 NOSTRAND AVENUE BROOKLYN NEW YORK 11210 WHEN (( NYPD )) LEFT INSPECTOR ROBERTSON OF (( DEPARTMENT OF HOMELAND SECURITY )) AND TWO SECURITY GUARDS OF SOCIAL SECURITY ADMINISTRATION WHO ASSAULTED AND ATTACK ME TOOK ME TO THE BACK OF SOCIAL SECURITY OFFICE HAND-CUFFED PRIOR TO GOING TO THE BACK ANOTHER INSPECTOR NAME GREGG FROM (( DEPARTMENT OF HOMELAND SECURITY )) WHO ALSO CAME TO THE BACK TO QUESTION OR ACUSSE ME OF A THE FALSEALLERGATION TO COVER THE ASSAULT OF THE SECURITY GUARDS

From Anthy Estee Gault

*From Anthony Estee Gault P.O. Box 100112 Brookly NY 11210*

*Post 2 of 3*

DURING GOING TO THE BACK I ASK WAS I UNDER ARREST AND CAN THEY LOOSEN UP THE HAND CUFFS OR TAKE THEM OFFICE THAT THEY WERE HURTING ME AND THEY WERE TO TIGHT WHEN THEY GOT ME TO THE BACK I WAS TOLD BY INSPECTOR ROBERTSON THAT I WAS NOT UNDER ARREST THAT I WAS BEING DETAINED I SAID TO HIM THAT BEING HANDED-CUFFED CONSTITUTED AND ARRESTED AND ALSO MADE ME BEING HELDED OR DETAINED UN-LAWFULLY HE SAID TO ME NO IT DOESNT LEARN THE LAW I SAID YOURE THE ONE WHO NEEDS TO LEARN THE LAW THEN INSPECTOR GREGG ASK ME ABOUT THE HAND CUFFS AND SAID TO THE SECURITY GUARD LET ME SHOW YOU HOW TO PUT ON THE HAND CUFFS AND EACH TIME INSPECTOR GREGG ADJUSTED THE HAND-CUFFS HE MADE IT TO HURT MY WRIST HE ADJUSTED AND VOLUNTEER TO SHOW THE SECURITY GUARD APPROXIMATELY FIVE TIMES HOW TO HARM OR HURT A INDIVIDUAL WITH HAND CUFFS I KNEW WHAT HE WAS DOING BECAUSE I HAVE PRIOR EXPERIENCE IN LAW-ENFORCEMENT ESPECIALLY CONCERNING THE USE OF HAND-CUFFS AND LEG SHACLES SO I KNEW WHAT HE WAS SHOWING THE SECURITY GUARD HOW TO ADJUST THE HAND CUFFS TO INJURE ME DURING THIS TIME INSPECTOR ROBERTSON SAID HE WAS GOING TO LOOK AT THE (( VIDEO TAPE )) TO SEE WHAT HE COULD CHARGE ME WITH BEFORE HE LEFT HE ASK SECURITY DID HE DO ANY THING TO YOU AND SECURITY NO THEN HE ASK AGAIN AND THE SECURITY SAID YES HE ASSAULTED HIM BY PUSHING HIM AFTER INSPECTOR ROBERTSON OF (( DHS )) SAW THE VIDEO HE ASK IF I NEEDED A AMBULANCE I SAID YES HE SAID HE WAS GIVING ME TWO TICKETS FROM THE DEPARTMENT OF HOMELAND SECURITY ONE TICKET FOR DIS-ODERLY CONDUCT AND SECOND TICKET FOR PUSHING THE SECURITY GUARDS DURING THIS TIME THE AMBULANCE CAME AND THE AMBULANCE WAS TOLD SOON AS HE FINISH WITH THE TICKETS THEY WILL UN-HAND CUFF ME AND THE COULD TAKE ME THE TWO TICKETS WERE FROM A U.S DISTRICT COURT IN PENNSYLVANIA HE ASK ME TO SIGN I REFUSE HE GAVE ME MY COPYS PLEASE SEE ATTACHED ALSO SEE ANOTHER LETTER TYPED FROM ME ANTHONY GAULT AND SEE A LETTER FROM SOCIAL SECURITY ADMINISTRATION FUTHER ADDING TO THE PAIN AND SUFFERING OF THE ASSAULT AND ATTACK AND THE (( VARIETY OF IMPOSED HARDSHIPS )) THEY SENT ME A (( DISABLE AND HOMELESS AND LEGALLY BLIND VETERAN )) AND LETTER SAYING I WAS RESTRICTED FROM COMING IN TO ANY OFFICE OF SOCIAL SECURITY TO DO ANY BUSINESS OR FOR ANY THING AND IF I DID I WOULD BE ARRESTED UNDER A FALSE CHARGE OF (( TRESPASSING ))PLEASE SEE LETTER ATTACHED I ALSO BELIEVED THAT WHAT THEY HAVE IMPOSED WITH THIS RESTRICTION IS A VIOLATION FUTHER OF MY RIGHTS WITH IMPOSED HARDSHIPS ALSO DURING THE PAST FROM APRIL2012 TO PRESENT JANURY 2017 MUCH MONEY HAS AND STILL BEING STOLEN FROM ME BY MEANS OF VARIOUS CRIMINAL SCHEMES OF COMPUTER HACKING AND USING THE TOOLS OF CHILD-SUPPORT GARNISMENT BEING USED UN-EQUALLY AND CRIMINALLY BY IRRESONSIBLY AND NEGLIENCELY BY REFUSE TO CORRECT AND RE-IMBURST AND TAKING OUT CHILD-SUPPORT NOT OLED I HAVE PREVIOUSLY WROTE THE COMMISSIONER MRS CAROYLN COLVIN NUMEROUS OF LETTERS WITH PROOF AND EVIDENCE REGARDING CORRECTING AND RE-IMBURSTING MONIES ALSO I HAVE PROVIDED VARIOUS OTHER LEGAL ENTITYS THE SAME ABOUT MONIES NOT OLDED CONTINUING COMING OUT OF MY SOCIAL SECURITY DISABILITY CHECK ALSO REQUESTED INFORMATION AND CORRECTION ABOUT RECIEPTS OF DIRECT DEPOSITS AMOUNTS AND DATES AND THE POSSIBILITY OF CHECKSsS BEING STOLEN FROM ME AND HAVE ASK RESPECTFULLY FOR FULL INVESTIGATIONS IN THE THEFT OF MONIES I ASK FOR ALL LEGALLY REGARDING ALL I WOULD LIKE TO MENTION THAT IN THE ((( SENSITIVE AND DELICATE SPECIAL CIRCUMSTANCES OF INDIVIDUALSsS IN HARDSHIPSsS )) BEING A AGENCY OF SOCIAL CARE YOU HOLD THE ((( RESPONISILITY ))) OF GUARDING AND PROTECTING AND HELPING INDIVIDUALS IN HARDSHIPsSs TO SECURING THERE MONEYS FOR PERSONAL MEANS TO SURVIVE YOU AND THE BANKS SHOULD HAVE IMMEDIATE LEGALLY REMEDIES IN HELPING INDIVIDUAL HARDSHIPS WITH THERE MEAMS TO SURVIVE MONEIES WITH OUT ANY RED TAPE PLEASE REQUEST VIDEO TAPE OF ASSAULT AND SEE ALL LETTERS ATTACHED TOTAL ATTACHED WILL BE HAND WRITTEN YOUR IMMEDIATE CONCERN IN ME BEING RETRICTED OUT OF ALLSOCIAL SECURITY OFFICES BEING REMOVED IMMEDIATELY WOULD BE APPRECIATED AND ALL OTHER MATTER S FULLY INVESTIGATED AND

*From Anthony Estee Gault*



ited States District Court
**Violation Notice**

CVB Location Code

on Number    Officer Name (Print)    Officer No.

6198186    Robinson   296

OU ARE CHARGED WITH THE FOLLOWING VIOLATION

and Time of Offense (mm/dd/yyyy)    Offense Charged    ☐ CFR  ☐ USC  ☐ State Code

15    1/23/17    18 USC 111

of Offense

250 Nostrand Ave    Brooklyn NY

e Description: Factual Basis for Charge:    HAZMAT

Subject Assaulted Physical
Security Guards

**EFENDANT INFORMATION**

lame    First Name    MI

Gault    Anthony   E

☐ IF BOX A IS CHECKED, YOU
MUST APPEAR IN COURT. SEE
INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST
PAY AMOUNT INDICATED BELOW
OR APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy).

$ _____   Forfeiture Amount

+ $30  Processing Fee

TBD

**PAY THIS AMOUNT →**   $ _____   Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Address    Date (mm/dd/yyyy)

TBD    Time (h/cmm)

nature signifies that I have received a copy of this violation notice.  It is not an admission of guilt.
ise to appear for the hearing at the time and place instructed or pay the total collateral due.

endant Signature    REFUSE to sign

09/2015)    Defendant Copy For Your Records (Yellow)

CENTRAL VIOLATIONS BUREAU
P.O. BOX 71363
PHILADELPHIA, PA 19176-1363

PLACE
STAMP
HERE

See 7 Pages attached, 2 letters and other ticket
See 7 Pages attached
See 7 Pages attached from Anthony Estee Gault

See 7 Pages
attached
2 letters and
other ticket

Date January 24, 2017
From Anthony Estee Gault
Ticket one given
By DHS inspector Robertson
on January 24, 2017
after I was assault
Anthony Estee Gault

Ticket one given By (DHS) inspector Robertson
after I was assault
at the socal searety office
2250 nostrand ave
Brooklyn New York 11210



# United States District Court
## Violation Notice

E741

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6198187 | Robinson | 295 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 1/23/17  1545 | 41CFR 102-74.390(a) |

Place of Offense

2250 Nostrand Ave Brooklyn

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Subject cursed out an SSA Employee

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Gault | Anthony | F. |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

TBD

PAY THIS AMOUNT →

$_____ Forfeiture Amount
+ $30 Processing Fee
$_____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| TBD | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature   Refused to sign

(Rev. 09/2015)          Defendant Copy For Your Records (Yellow)

CENTRAL VIOLATIONS BUREAU
P.O. BOX 71363
PHILADELPHIA, PA 19176-1363

PLACE STAMP HERE

see 7 pages attached 2 letters and 8th ticket

see 7 pages attached from Authy Ester Gault

Date January 24, 2017
From Authy Ester Gault
Ticket NO 2
given By (DHS) inspector Robertson after I was assaulted
By two security Guards at a social security office
located at 2250 Nostrand ave Brooklyn NY 11210
See 7 Pages attached letter from social security and
letter from me Authy Ester Gault

From Anthony Estee Gault P.O. Box 100142 Brooklyn N.Y. 11210

Page 3 of 3

**RESOLVED LEGALLY WOULD BE DEEPLY APPRECIATED DATED FEBRUARY 2017 WRITTEN AND SUBMITTED BY ANTHONY ESTEE GAULT P.O BOX 100142 BROOKLYN NEW YORK 11210 GODBLESS!!!**

From Anthony Estee Gault
P.O. Box 100142
Brooklyn New York 11210

God Bless !!!

See three Pages from Social security administration regarding illegal restriction from social security office after I was assaulted

January 24, 2017

Anthony Estee Gault

# Social Security Administration
## Important Information

*Anthony Ester Gault* (handwritten signature)

VIA: Certified Mail
Anthony Gault
PO Box 100142
Brooklyn, NY 11210

SOCIAL SECURITY
2250 NOSTRAND AVE
BROOKLYN, NY 11210

Date:   January 26, 2017
Claim Number:   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

*(handwritten notes in margins: "Date February ... received by Anthony Ester Gault on February 2, 2017 Page 1 of 6 Pages"; "received February 2, 20 17 By Anthony Ester Gault"; right margin: "Received after I was escorted & was escorted by two security officers at social security office 2250 Nostrand office & was escorted by two security officers on January 24, 20 17")*

We are writing to tell you that you **cannot** enter any Social Security office for any reason. This restriction means that if you enter a Social Security office, you can be arrested and charged with trespassing.

## Why You May No Longer Enter An Office

Your actions in the BROOKLYN FLATBUSH NY Social Security office violated our regulations. These regulations prohibit threatening or disorderly conduct on Federal property or directed at our personnel. Specifically, on 01/24/2017, you assaulted a protective security officer (PSO) at the Flatbush, NY SSA field office.

## If You Receive Other Letters From Us

In the future, you may receive letters from us that advise you to contact us if you have questions about that letter. **Do not** enter a Social Security office based on one of these letters, even if the letter provides that option.

We will allow you to enter one of our offices **only** if we send you a **certified letter with the specific date and time of an appointment.**

## If You Need to Contact Us

If you need to contact us, you still have several options:

- You may use the online services available on our website at www.socialsecurity.gov on the Internet.

- You may call our national toll-free number at 1-800-772-1213 between the hours of 7:00 am and 7:00 pm, Monday through Friday. Do **not** try to schedule an in-person appointment through this number. If you are deaf or hard of hearing, you may call our toll-free TTY number at 1-800-325-0778.

See Next Page

*(handwritten notes left margin: "See 5 Page attached one three page Typed letter from Anthony Ester Gault Dated February 2, 20 17"; bottom: "See 5 Pages attached 3 Page letter from Anthony C. Gault")*

- You may call your local office at 866-563-9461.  Ask to speak with a manager or supervisor.

- You may write to us at:

SOCIAL SECURITY
2250 NOSTRAND AVE
BROOKLYN, NY 11210

You must address all of your letters to the attention of the office manager.

- With your written consent, another person may call, write, or visit us to conduct business on your behalf.

## If You Disagree With Our Decision

If you disagree with our decision to restrict you from entering Social Security offices, you can send us an appeal within 60 days of the date of this letter. Your appeal must be in writing.  It must include your name, address, Social Security number, claim number (if you have applied for or receive benefits), and any supporting evidence.  Your appeal should explain in detail why we should allow you to enter our offices.  Please mail your appeal to:

Social Security Administration
Church Street Station
PO Box 3435
New York, NY 10008-3435

We will respond to your appeal in writing.  We will continue to enforce the restriction until we have made a decision on your appeal.  **Do not** try to enter a Social Security office while we are considering your appeal.

## You Can Request A Periodic Review Of Our Decision

You may request a review of our decision every three years.  The three-year period starts with the date of this letter.  You may submit your request for review starting 01/26/2020.  Please submit it to the address shown above for appeals.  Your request should include your name, address, Social Security number, claim number (if you have applied for or receive benefits), and the office that sent you the letter restricting you from entering our offices.  Your request should clearly state why we should lift the retriction on in-person service.  You should also submit related evidence.  We will send you our decision in writing.  You will not be able to appeal our decision.

We are sending this letter to you in both a standard print version and a large print version.  You will receive them in separate envelopes.

## If You Have Any Questions About This Letter

*Page 3 of 6*

If you have any questions about this letter, you may call the office manager at
866-563-9461.

*Social Security Administration*

*see 3 page letter attached*

*See 3 Page letter from Patty Estie Bosell attached to this letter*